COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| WILLIAM R. LEAKE, | § | No. 08-20-00151-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| ERICA C. LEAKE, | § | of Travis County, Texas[1] |
| Appellee. | § | (TC# D-1-FM-19-005745) |
| | § | |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed because Appellant William R. Leake has failed to make financial arrangements to pay for the clerk's record, we dismiss the appeal for want of prosecution.

The Travis County District Clerk notified the Court that Appellant has not made financial arrangements to pay for preparation of the clerk's record as required by TEX.R.APP.P. 35.3(a)(2). On September 25, 2020, the Clerk of this Court notified Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed

---

[1] We hear this case on transfer from the Third Court of Appeals. *See* TEX.R.APP.P. 41.3.

grounds for continuing the appeal. *See* TEX.R.APP.P. 37.3(b). As of this date, Appellant has not filed any response establishing that he is entitled to appeal without paying for the clerk's record or that he has made arrangements to pay for preparation of the clerk's record.

We conclude that the clerk's record has not been filed due to the fault of the Appellant. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 37.3(b), 42.3(b), (c).

October 28, 2020

                                YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.